UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEMARIA C. HARGE,<br><br>    Petitioner,<br><br>    v.<br><br>JIM ROBERSON,<br><br>    Respondent. | Case No. 20-cv-04663-JD<br><br>**ORDER OF TRANSFER**<br><br>Re: Dkt. Nos. 3, 5 |

This is a habeas case filed pro se by a state prisoner. Petitioner challenges a conviction obtained in Stanislaus County Superior Court. Stanislaus County is in the venue of the United States District Court for the Eastern District of California. Petitioner is incarcerated in this district.

Venue for a habeas action is proper in either the district of confinement or the district of conviction, 28 U.S.C. § 2241(d). Because petitions challenging a conviction are preferably heard in the district of conviction, Habeas L.R. 2254-3(a); *Laue v. Nelson*, 279 F. Supp. 265, 266 (N.D. Cal. 1968), and petitioner was convicted in the Eastern District of California, this case is **TRANSFERRED** to the United States District Court for the Eastern District of California. *See* 28 U.S.C. § 1406(a); Habeas L.R. 2254-3(b). All pending motions are **VACATED**.

**IT IS SO ORDERED.**

Dated: September 1, 2020

JAMES DONATO
United States District Judge