UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEMARIA C. HARGE,<br><br>            Petitioner,<br><br>      v.<br><br>JIM ROBERSON, Warden,<br><br>            Respondent. | No.  1:20-cv-01255-SKO (HC)<br><br>**ORDER DIRECTING CLERK OF COURT TO SERVE MOTION FOR STAY ON RESPONDENT**<br>**[Doc. 5]**<br><br>**ORDER DIRECTING RESPONDENT TO FILE RESPONSE TO MOTION**<br><br>**[30-DAY DEADLINE]** |

Petitioner is a state prisoner proceeding *pro se* with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254.  He filed the instant habeas petition on July 13, 2020, challenging his conviction in Stanislaus County Superior Court of murder, murder of a fetus, gross vehicular manslaughter while intoxicated, evading a peace officer causing death, and driving under the influence causing injury.  Petitioner states that two of the four claims presented in the petition are unexhausted.  Concurrent with his petition, Petitioner filed a motion for a stay of the proceedings. (Doc. 5.)

**ORDER**

Accordingly, IT IS HEREBY ORDERED:

1) The Clerk of Court is DIRECTED to serve the motion for stay (Doc. 5) on Respondent;

2) Respondent is DIRECTED to file an opposition or statement of nonopposition to the motion within thirty (30) days of the date of service of this order; and

3) In the event Respondent files an opposition, Petitioner is GRANTED thirty (30) days to file a reply.

IT IS SO ORDERED.

Dated:  **September 4, 2020**                     /s/ *Sheila K. Oberto*
                                                     UNITED STATES MAGISTRATE JUDGE

2