UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEMARIA C. HARGE,<br><br>    Petitioner,<br><br>    v.<br><br>JIM ROBERSON, Warden,<br><br>    Respondent. | No. 1:20-cv-01255-NONE-SKO (HC)<br><br>ORDER VACATING FINDINGS AND RECOMMENDATIONS<br>(Doc. 18)<br><br>ORDER CONSTRUING LODGED AMENDED PETITION AS MOTION TO AMEND AND FIRST AMENDED PETITION<br>(Doc. 20)<br><br>ORDER DIRECTING CLERK OF COURT TO FILE FIRST AMENDED PETITION<br><br>ORDER GRANTING PETITIONER'S MOTION TO AMEND |

      Petitioner is a state prisoner proceeding *pro se* and *in forma pauperis* with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254. This matter was referred to the undersigned pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

      On November 12, 2020, the Court issued Findings and Recommendations to deny Petitioner's motion for a stay and to dismiss grounds three and four from the petition for failure to exhaust state remedies. (Doc. 18.) Those Findings and Recommendations were served upon all parties and contained notice that any objections thereto were to be filed within twenty-one (21) days after service. On December 4, 2020, Petitioner filed objections to the Findings and Recommendations. (Doc. No. 19.)

Subsequently, on January 8, 2021, Petitioner lodged an amended petition. (Doc. 20.) Upon review of the amended petition, it appears that grounds three and four were exhausted on December 23, 2020, in the California Supreme Court. In light of this recent development, the Court will vacate the Findings and Recommendations. (Doc. 18.) Petitioner's lodged amended petition will be construed as a Motion to Amend the Petition and a First Amended Petition. For good cause having been shown, the Motion to Amend will be granted and the Clerk of Court will be directed to file the lodged petition. The Court will then review the First Amended Petition and issue a new Findings and Recommendations.

**ORDER**

For the foregoing reasons, IT IS HEREBY ORDERED:

1. The Findings and Recommendations issued on November 12, 2020, (Doc. 18), are VACATED;

2. Petitioner's lodged amended petition (Doc. 20) is CONSTRUED as a Motion to Amend and First Amended Petition;

3. The Clerk of Court is DIRECTED to file the lodged petition as a Motion to Amend and First Amended Petition; and

4. Petitioner's Motion to Amend is GRANTED.

IT IS SO ORDERED.

Dated:   **January 29, 2021**                         /s/ *Sheila K. Oberto*
                                                                  UNITED STATES MAGISTRATE JUDGE

2