UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEMARIA C. HARGE,<br><br>               Petitioner,<br><br>    v.<br><br>JIM ROBERSON, Warden,<br><br>               Respondent. | No.  1:20-cv-01255-NONE-SKO (HC)<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS DENYING PETITIONER'S MOTION FOR STAY AS MOOT AND REFERRING MATTER BACK TO MAGISTRATE JUDGE FOR FURTHER PROCEEDINGS<br><br>(Doc. Nos. 5, 23) |

      Petitioner Demaria C. Harge is a state prisoner proceeding *pro se* and *in forma pauperis* with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254.  This matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

      On January 29, 2021, the assigned magistrate judge issued findings and recommendations recommending that petitioner's motion to stay the proceedings be denied as moot.  (Doc. Nos. 5, 23.)  Petitioner initially moved for a stay pending exhaustion of his state remedies as to grounds three and four, but he has since lodged an amended petition in which he represents that he has now exhausted his state remedies.  (*Id.*)  Those findings and recommendations were served upon all parties and contained notice that any objections thereto were to be filed within twenty-one (21) days after service.  No objections have been filed, and the deadline to do so has expired.

1 In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), the court has conducted a *de novo* review of this case.  Having carefully reviewed the entire file, the court concludes that the magistrate judge's findings and recommendations are supported by the record and proper analysis.  Accordingly,

 1. The findings and recommendations issued on January 29, 2021 (Doc. No. 23), are adopted in full;

 2. Petitioner's motion for stay (Doc. No. 5) is denied as moot; and

 3. The matter is referred back to the assigned magistrate judge for further proceedings pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

IT IS SO ORDERED.

Dated:   **March 26, 2021**                             /s/ Dale A. Drozd
                                                                          UNITED STATES DISTRICT JUDGE